UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Kim Evette Tolbert,

    Plaintiff

v.

State of Nevada,

    Defendant

Case No.: 2:24-cv-01443-JAD-DJA

**Order Extending Amendment Deadline to July 31, 2025**

[ECF No. 14]

    Pro se plaintiff Kim Tolbert filed this action against the State of Nevada for "intentional deprivation of rights."[1] The heart of Tolbert's suit seems to be her discontent with the state's lack of response to her 2024 eviction. Tolbert alleges that various parties schemed to lock her out of her home after "20 years of hard work," but the State of Nevada is the sole defendant she names.[2] Because the State of Nevada is immune from suit in federal court, I ordered Tolbert to file an amended complaint that names a proper defendant or defendants by May 29, 2025.[3] She didn't, but she now asks this court to extend her amendment deadline or stay this case.[4]

    Tolbert's motion is largely inscrutable, and she hasn't shown good cause for such relief, let alone the excusable neglect she must show because she filed this motion after the court-imposed deadline ran.[5] But in the interest of justice, and to give her one more reasonable

---

[1] ECF No. 1 at 5.
[2] *Id.* at 8 (cleaned up).
[3] ECF No. 13.
[4] ECF No. 14.
[5] *See* L.R. 26-3.

opportunity to file a proper complaint against a defendant capable of being sued in this courthouse, I grant her motion in part.

IT IS THEREFORE ORDERED that plaintiff Kim Evette Tolbert's motion to extend her deadline to file an amended complaint and effectuate proper service **[ECF No. 14] is GRANTED in part. Tolbert's amendment deadline is extended to July 31, 2025; the court is not likely to further extend this deadline. The motion is denied in all other respects.**

Therefore, <u>Tolbert must file an amended complaint naming proper defendants by July 31, 2025</u>. She must also complete valid service of process within 30 days of filing the amended complaint. <u>Failure to do so will result in dismissal of this case</u> without further prior notice.

_____
U.S. District Judge Jennifer A. Dorsey
July 2, 2025