**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Kim Evette Tolbert,<br><br>     Plaintiff<br><br>v.<br><br>State of Nevada,<br><br>     Defendant | Case No.: 2:24-cv-01443-JAD-DJA<br><br>**Order Directing Kim Evette Tolbert to File a Change of Address Notification** |

On July 2, 2025, this court granted pro se plaintiff Kim Evette Tolbert's motion to extend her deadline to file an amended complaint and effectuate proper service.[1] That order was returned as undeliverable.[2] This District's Local Rule of Practice IA 3-1 requires a pro se party to "immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court."[3] Accordingly,

IT IS HEREBY ORDERED **that Tolbert has until September 3, 2025, to file her current address with this Court**. If Tolbert does not update the Court with her current address by September 3, 2025, I will dismiss this action without prejudice. **Tolbert has also missed her extended deadline to file an amended complaint.** If she wishes to proceed with this action and

---

[1] ECF No. 16.
[2] ECF No. 17.
[3] Nev. L. R. IA 3-1.

timely files an updated address, she must also file a motion for a further extension supported by good cause and explaining why her failure to comply with the deadline is a product of excusable neglect.  **Tolbert's failure to comply with this order will result in the dismissal of this case without further prior notice.**

IT IS FURTHER ORDERED that the Clerk of the Court is directed to **SEND** a one-time courtesy copy of this order and my July 2, 2025, order (ECF No. 16) to Tolbert at these two addresses:

>Kim Tolbert #5992725
>330 S. Casino Way
>Las Vegas, Nevada 89101

>Kim Tolbert
>3789 Gershon Court
>Las Vegas, Nevada 89121

_____
U.S. District Judge Jennifer A. Dorsey
August 6, 2025